E-FILED
Thursday, 10 May, 2007 10:56:58 AM
Clerk, U.S. District Court, ILCD

# United States District Court

| | | |
|---|---|---|
| __CENTRAL__ DISTRICT OF __ILLINOIS__ | | **FILED**  MAY 10 2007  JOHN M. WATERS, Clerk  U.S. DISTRICT COURT  CENTRAL DISTRICT OF ILLINOIS |

UNITED STATES OF AMERICA

v.

JEREMIAH J. BRADFIELD

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 6037

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 3, 2007__, in __Knox__ County, in the __Central__ District of __Illinois__ defendant, (Track Statutory Language of Offense)

JEREMIAH J. BRADFIELD, possessed more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title __21__ United States Code, Section(s) __841(b)(1)(B)__

I further state that I am a(n) __Special Agent - FBI__ and that this Complaint is based on the following facts:

SEE ATTACHMENT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/ agent
Signature of Complainant
Jerry W. Nau
Special Agent - FBI

Sworn to before me and subscribed in my presence,

__May 10, 2007__ at __Peoria, IL__
Date                                                   City and State

JOE B. McDADE
United States District Judge                           s/ Joe B. McDade
Name & Title of Judicial Officer                       Signature of Judicial Officer

AFFIDAVIT

I, JERRY W. NAU, state I have been a Special Agent(SA) with the Federal Bureau of Investigation(FBI), since December 1999 and am assigned to the FBI Springfield Division, Peoria Resident Agency. I am currently assigned to investigate violations to include Title 21 U.S.C., sections 841 (a)(1) and (b)(1)(B). As a Special Agent of the FBI, I have participated in the execution of numerous search warrants for controlled substances, weapons, drug paraphernalia, and financial records of narcotics traffickers. I have debriefed defendants, participant witnesses, informants, and other people who have personal knowledge of the illegal narcotics trade, including the amassing, spending, converting, transporting, distributing, and concealing of proceeds of narcotics trafficking. The information in this affidavit has become known to me through interviews and reports from other law enforcement officers, agents, and witnesses. I, the undersigned Affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. This affidavit is made in support of an application for an arrest warrant for Jeremiah J. Bradfield, born 12/09/1985. The unlawful activities are the possession with intent to distribute more than five grams of crack cocaine, in violation of Title 21 U.S.C., sections 841 (a)(1) and (b)(1)(B).

2. Through investigation, enough information was developed to obtain a search warrant for Archie Bradfield and the residence at 751 Michigan Avenue, Galesburg, IL, signed by Judge Stephen Mathers on May 02, 2007.

3. On May 03, 2007, the Galesburg Police Department Entry Team executed the search warrant on the residence located at 751 Michigan Avenue, Galesburg, IL.

4. There were six occupants in the residence at the time of execution of the search warrant. Jeremiah J. Bradfield was located in the back hallway of the residence during the execution of the search warrant. The Galesburg Police dispatch notified a MEG Agent that Jeremiah J. Bradfield had an outstanding Knox County warrant for Failure to Appear (FTA). Jeremiah J. Bradfield was arrested due to the FTA warrant. In a search incident to arrest, a Galesburg Police Officer located a plastic bag containing approximately 7.3 grams of suspected crack cocaine in Jeremiah J. Bradfield's right front pocket. The suspected crack cocaine field tested positive for cocaine.

5. Jeremiah J. Bradfield told MEG Agent Kevin Legate that he wanted to see a copy of the search warrant with his name on it. MEG Agent Legate read a copy of the search warrant to

Jeremiah J. Bradfield.  MEG Agent Legate explained that the warrant was for 751 Michigan Avenue, Galesburg, IL.  Jeremiah J. Bradfield stated that he subleased a room and he pointed to the middle north side bedroom.  Jeremiah J. Bradfield was then escorted out of the residence and transported to the Knox County Jail.

    6.  The following items were seized during the search warrant.  A plastic bag containing approximately 6.4 grams of suspected marijuana was found in the front west room on a dining room table.  A plastic bag with ten individually wrapped bags containing 21.6 grams of suspected marijuana was found in the front west room on a dining room table.  A black digital scale was found in the kitchen.  A silver digital scale was found in the rear (east) bathroom.

    7.  Your affiant knows from prior experience that the weights and packaging seized during this incident are consistent with cocaine base (crack) typically associated with distribution.

    Based on the foregoing, the Affiant believes that there is probable cause to issue a complaint charging Jeremiah J. Bradfield, with possession with intent to distribute more than five grams of crack cocaine, in violation of Title 21 U.S.C., sections 841 (a)(1) and (b)(1)(B).

                                              s/ agent
                                        Jerry W. Nau
                                        Special Agent
                                        Federal Bureau of Investigation
                                        Peoria, IL

    Subscribed to and sworn to before me this 9th day of May 2007.

                                            s/ Joe B. McDade
                                        Joe B. McDade
                                        United States District Judge