

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 07- 10072 |
| | ) | |
| JEREMIAH J. BRADFIELD, | ) | VIO: 21 U.S.C. §§841(a)(1), |
| | ) | 841(b)(1)(B) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 3, 2007, in Knox County within the Central District of Illinois,

**JEREMIAH J. BRADFIELD,**

the defendant herein, knowingly possessed more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, §841(a)(1) and 841(b)(1)(B).

A True Bill,

s/ Foreperson
Foreperson

s/ AUSA
RODGER A. HEATON
UNITED STATES ATTORNEY
KTC/ksr