# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **07-10072** |
| | ) |
| **Jeremiah J. Bradfield**<br>    Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:30 AM** on **Thursday, July 12, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, July 23, 2007**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 23rd day of May, 2007.

s/ John A. Gorman
_____
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

07-10072 Schedo.wpd