UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-MJ-6037 |
| ) | |
| JEREMIAH BRADFIELD ) | |
| ) | |
| Defendant. ) | |

### MOTION TO RECALL ARREST WARRANT

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and hereby moves to recall the Arrest Warrant issued on May 10, 2007 in the above case. In support of this motion, the government states as follows:

1. On May 10, 2007, a Criminal Complaint and Arrest Warrant was filed in the above case.

2. On May 16, 2007, an Indictment and Arrest Warranted was filed in Case No. 07-CR-10072.

3. On May 22, 2007, the defendant was arrested on the Indictment and appeared before the Court for his initial appearance and arraignment.

WHEREFORE, the government request the Court order the arrest warrant in the above-case to be recalled.

                      Respectfully submitted,

                      UNITED STATES OF AMERICA

                      RODGER A. HEATON
                      UNITED STATES ATTORNEY

                      s/: K. Tate Chambers
                      K. Tate Chambers
                      Assistant United States Attorney
                      One Technology Plaza
                      211 Fulton, Suite 400
                      Peoria, Illinois 61602
                      Telephone: (309) 671-7050