# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAY 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
    *Plaintiff* )
  )
vs )
  )
Jeremiah J. Bradfield )
  )
Galesburg, IL )
    *Defendant* )

WARRANT FOR ARREST

CASE NO. 07-10072

**SEALED**

TO:    THE U. S. MARSHAL and any
         AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Jeremiah J. Bradfield, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Possession of Cocaine Base (crack) with Intent to Distribute, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(B).

*/s/ John M. Waters*
**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/ T. Kelch
Signature of Issuing Officer

5/17/07 at Peoria, IL
Date and Location

**Bail fixed at $ NO BOND by U.S. DISTRICT JUDGE MICHAEL M. MIHM**

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Galesburg

| Date Received | Name of Arresting Officer | Jerry Nau | Signature of Arresting Officer |
| Date of Arrest | Title of Arresting Officer | FBI | |