E-FILED
Tuesday, 19 June, 2007  10:51:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-10072 |
| JEREMIAH BRADFIELD, | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO ADVANCE

## DATE FOR PRETRIAL CONFERENCE AND TO CONTINUE TRIAL DATE

NOW COMES the Defendant, JEREMIAH BRADFIELD, by his attorney, Assistant Federal Defender, KARL W. BRYNING, and moves this Honorable Court pursuant to 18 U.S.C. §3161(h)(8), to advance the date for pretrial conference to June 28, 2007 at 11:00 a.m. and to continue the trial in this cause approximately 60 days, and in support thereof states the following:

1. The pre-trial hearing is set for July 12, 2007, and trial is set for July 23, 2007;

2. Defense is engaged in ongoing negotiations with the government which may result in a negotiated disposition of the case;

3. Counsel is unavailable on July 12, 2007 due to previously scheduled leave.

4. Assistant United States Attorney, K. Tate Chambers, has been contacted and does not object to this motion.

5. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defendant respectfully requests the entry of an Order advancing the date for pretrial conference to June 28, 2007 at 11:00 a.m. and to continue the trial in this cause approximately 60 days.

        Respectfully submitted,

        JEREMIAH BRADFIELD
        Defendant

        RICHARD H. PARSONS
        Federal Public Defender

By:    s/ Karl W. Bryning
        Assistant Federal Public Defender
        Attorney for Defendant
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        FAX: 309/671-7898
        Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. K. Tate Chambers, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

                                              s/ Karl W. Bryning

                                              Karl W. Bryning
                                              Assistant Federal Public Defender
                                              Attorney for Defendant
                                              401 Main Street, Suite 1500
                                              Peoria, Illinois 61602
                                              Phone: 309/671-7891
                                              FAX: 309/671-7898
                                              Email: karl_bryning@fd.org