E-FILED
Monday, 13 August, 2007 04:31:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-10072 |
| JEREMIAH J. BRADFIELD, | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE ATTORNEY

Now comes Jeremy S. Karlin of Stoerzbach, Robertson, Wilcox & Alcorn, P.C., and represents to the Court that they have been requested by the Defendant to appear in this cause on their behalf, and in place of and instead of Karl Bryning, and move for an order allowing Jeremy S. Karlin of Stoerzbach, Robertson, Wilcox & Alcorn, P.C. to enter his appearance in place of Attorney Karl Bryning.

Respectfully submitted,

_____
s/ Jeremy S. Karlin of
ARDC# 6226861
Attorney for Defendant
STOERZBACH, ROBERTSON,
WILCOX & ALCORN, P.C.
139 South Cherry Street
P.O. Box 1328
Galesburg, Illinois 61402-1328
Telephone:    (309) 341-6000
Telefax:      (309) 343-7500
E-Mail:  karlinj@galesburglaw.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  K. Tate Chambers and Karl Bryning.

             _____
             s/ Jeremy S. Karlin of
             ARDC# 6226861
             Attorney for Defendant
             STOERZBACH, ROBERTSON,
             WILCOX & ALCORN, P.C.
             139 South Cherry Street
             P.O. Box 1328
             Galesburg, Illinois 61402-1328
             Telephone:   (309) 341-6000
             Telefax:       (309) 343-7500
             E-Mail:  karlinj@galesburglaw.com