IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| v. | ) Criminal No. 07-10072 |
| JEREMIAH BRADFIELD, | ) |
| Defendant. | ) |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Vanessa Morrison, Inmate #R81963** is presently incarcerated at Dwight Correctional Center, Lincoln, Illinois, it further appearing that **Vanessa Morrison, Inmate #R81963,** was named as a witness in the above-entitled cause and her appearance is necessary in connection with these proceedings on November 19, 2007 at 8:30 AM.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Dwight Correctional Center, Lincoln, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **Vanessa Morrison, Inmate #R81963** to the Central District of Illinois, and to produce the said **Vanessa Morrison, Inmate #R81963,** on November 19, 2007 at 8:30 AM. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present

1

**Vanessa Morrison, Inmate #R81963,** before the Court and from day to day thereafter as may be necessary.

                                                  s/ Michael M. Mihm

                                      MICHAEL M. MIHM
                                      UNITED STATES DISTRICT JUDGE
                                      CENTRAL DISTRICT OF ILLINOIS

ENTERED this 2nd day of November, 2007.