E-FILED
Monday, 05 November, 2007 09:38:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| v. | ) Criminal No. 07-10072 |
| JEREMIAH BRADFIELD, | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: THE WARDEN OF DWIGHT CORRECTIONAL CENTER, DWIGHT, ILLINOIS AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

**G R E E T I N G S:**

WE COMMAND that you, the Warden of Dwight Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, transport **Vanessa Morrison, Inmate #R81963** to the Central District of Illinois, and to produce the said **Vanessa Morrison, Inmate #R81963** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 AM on November 19, 2007, and any date necessary for her testimony, then and there to be a material witness on behalf of the Government; and after the said **Vanessa Morrison, Inmate #R81963,** has so then and there testified and been released from further testimony in said cause, that you return the said **Vanessa Morrison, Inmate #R81963,** to Dwight Correctional Center, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this  5TH  day of  NOVEMBER , 2007.

DATE: 11/5/07

s/ John M. Waters

JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois