## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| v. | ) Criminal No. 07-10072 |
| JEREMIAH BRADFIELD, | ) |
| Defendant. | ) |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, respectfully shows to this Honorable Court that **Vanessa Morrison, Inmate #R81963,** is now confined at Dwight Correctional Center, Dwight, IL, in the custody of the Warden thereof;

That **Vanessa Morrison, Inmate #R81963,** is a necessary, essential and material witness on behalf of the Government at the jury trial.

That it is necessary and essential that **Vanessa Morrison, Inmate #R81963,** be transported and maintained in the Central District of Illinois to allow for trial preparation by the Government. That, in the interest of all parties, it is therefore necessary that **Vanessa Morrison, Inmate #R81963,** be transported to the Central District of Illinois and be produced at the Federal Building at 100 NE Monroe Street, Peoria, Illinois by the hour of 8:30 AM on December 19, 2007, and on any dates scheduled for any interviews, and appearances.

**WHEREFORE**, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden of Dwight Correctional Center, Lincoln, Illinois, and the United States

Marshal for the Central District of Illinois, commanding him to transport the said **Vanessa Morrison, Inmate #R81963,** to the Central District of Illinois, and to produce **Vanessa Morrison, Inmate #R81963,** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois by the hour of 8:30 AM on December 19, 2007, and as necessary on any date to testify on behalf of the Government and from day to day thereafter until **Vanessa Morrison, Inmate #R81963,** shall have been released from further testifying.

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY


         s/:  Bradley W. Murphy
        BRADLEY W. MURPHY
        Assistant United States Attorney
        One Technology Plaza, Suite 400
        211 Fulton Street
        Peoria, Illinois 61602
        Telephone:  309/671-7050

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-10072 |
| | ) | |
| JEREMIAH BRADFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Vanessa Morrison, Inmate #R81963** is presently incarcerated at Dwight Correctional Center, Lincoln, Illinois, it further appearing that **Vanessa Morrison, Inmate #R81963,** was named as a witness in the above-entitled cause and her appearance is necessary in connection with these proceedings on December 19, 2007 at 8:30 AM.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Dwight Correctional Center, Lincoln, Illinois, and/or the United States Marshal for the Central District of Illinois, to transport the said **Vanessa Morrison, Inmate #R81963** to the Central District of Illinois, and to produce the said **Vanessa Morrison, Inmate #R81963,** on December 19, 2007 at 8:30 AM. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present

**Vanessa Morrison, Inmate #R81963,** before the Court and from day to day thereafter as may be necessary.

 

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

ENTERED this _____ day of _____, 2007.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal No. 07-10072 |
| ) | |
| JEREMIAH BRADFIELD, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    THE WARDEN OF DWIGHT CORRECTIONAL CENTER, DWIGHT, ILLINOIS AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

**G R E E T I N G S:**

WE COMMAND that you, the Warden of Dwight Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, transport **Vanessa Morrison, Inmate #R81963** to the Central District of Illinois, and to produce the said **Vanessa Morrison, Inmate #R81963** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 AM on December 19, 2007, and any date necessary for her testimony, then and there to be a material witness on behalf of the Government; and after the said **Vanessa Morrison, Inmate #R81963,** has so then and there testified and been released from further testimony in said cause, that you return the said **Vanessa Morrison, Inmate #R81963,** to Dwight Correctional Center, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this _____ day of _____, 2007.


DATE: _____         _____
                                            JOHN M. WATERS, Clerk
                                            United States District Court
                                            Central District of Illinois