IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Criminal No. 07-10072 |
| | ) |
| JEREMIAH BRADFIELD, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN OF DWIGHT CORRECTIONAL CENTER, DWIGHT, ILLINOIS AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

G R E E T I N G S:

WE COMMAND that you, the Warden of Dwight Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, transport **Vanessa Morrison, Inmate #R81963** to the Central District of Illinois, and to produce the said **Vanessa Morrison, Inmate #R81963** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 AM on December 19, 2007, and any date necessary for her testimony, then and there to be a material witness on behalf of the Government; and after the said **Vanessa Morrison, Inmate #R81963,** has so then and there testified and been released from further testimony in said cause, that you return the said **Vanessa Morrison, Inmate #R81963,** to Dwight Correctional Center, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

     **WITNESS** the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this \_\_15th\_\_ day of \_\_November\_\_, 2007.

DATE: \_\_11/15/07\_\_

                                       /s/ John M. Waters
                                       JOHN M. WATERS, Clerk
                                       United States District Court
                                       Central District of Illinois