UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-10072 |
| ) | |
| JEREMIAH J. BRADFIELD, ) | |
| ) | |
| Defendant. ) | |

## SENTENCING COMMENTARY

Now comes Defendant, Jeremiah J. Bradfield, by and through his attorney Jeremy S. Karlin of Robertson, Wilcox, Alcorn, Karlin & Statham, P.C., and for purposes of sentencing provides the following commentary:

1. Attached to this document are three letters in mitigation from family members of Defendant.

2. These letters illustrate the strong bond that Defendant has with his family and his good character.

Respectfully submitted,

  /s/ Jeremy S. Karlin
 Jeremy S. Karlin of
 ARDC# 6226861
 Attorney for Defendant
 ROBERTSON, WILCOX, ALCORN,
    KARLIN & STATHAM, P.C.
 139 South Cherry Street
 P.O. Box 1328
 Galesburg, Illinois 61402-1328
 Telephone: (309) 341-6000
 Telefax: (309) 343-7500
 E-Mail:  karlinj@galesburglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: K. Tate Chambers.

                                        s/ Jeremy S. Karlin_____  
                                        Jeremy S. Karlin of  
                                        ARDC# 6226861  
                                        Attorney for Defendant  
                                        ROBERTSON, WILCOX, ALCORN,  
                                            KARLIN & STATHAM, P.C.  
                                        139 South Cherry Street  
                                        P.O. Box 1328  
                                        Galesburg, Illinois 61402-1328  
                                        Telephone:     (309) 341-6000  
                                        Telefax:            (309) 343-7500  
                                        E-Mail:  karlinj@galesburglaw.com

2/28/08

Dear your honore

I'm jeremaih mild sister Dorminque. April 21, 07, I were on my way home me an my litter sister sharone, when I got catch in a drive by Shooting. I'm 12 year old. My brother jeremaih were by my bed side prayeing for me. I hear him ask the lord to take him, and made me well, he cry, every day I were in the hospiton, he came to see me. he talke to me he made me, want to live. I'm were in there for 1 month and 3 week. my brother read too me. he hold my hand, he rub my feet. I love him, like he love me, now I pray for him to come hom, like he pray for me to live. So please let my brother, come back home, to me. Love Doiminque

2/28/08

Dear Your honore

I'm Jeremaih mother, I wish I never let my son out sight. cause look were he at now. I love my baby boy. he is a good child. he just took the wrong road. Jeremaih never really were a problem, he just got catch up with the wrong people. I have some medical problem I hope you will have mercy on him. So he can come back too Chicago with his brother, an sister an me. I worry everyday about my son. I need him here with me. I just turn 50 years old. I hope I can out last his jail time. you know some time, when you get up in age, you think about not began around. but I wish you will let him come home. to be with his faimley. pleas. his mama

2/28/08

Dear Your honor

my name Sharone Green I'm, ~~Jer~~ Jeremain litter sister, I miss my big brother, cause I ~~~~ don't see him any more. I know he in jail, but I wish he wasit, cause I miss him playing with me and help me learn, how to be a litter girl, he use too help me with my home work, he use too teach me, how to read, spell an add, he were a good big brother, went he wase at home, every time I talk too hime on the phone, I star to ooo cry, because I want him to come back home, so can you please, let my brother come back home I will love it if you do.
                    Thank you Sharone