E-FILED
Thursday, 10 April, 2008  04:26:38 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-10072 |
| | ) | |
| JEREMIAH J. BRADFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

### SENTENCING COMMENTARY

Now comes Defendant, Jeremiah J. Bradfield, by and through his attorney Jeremy S. Karlin of Robertson, Wilcox, Alcorn, Karlin & Statham, P.C., and for purposes of sentencing provides the following commentary:

1. Attached to this document are three letters in mitigation from family members of Defendant and one from Defenant himself.

2. These letters illustrate the strong bond that Defendant has with his family and his good character.

Respectfully submitted,

  /s/ Jeremy S. Karlin
 Jeremy S. Karlin of
 ARDC# 6226861
 Attorney for Defendant
 ROBERTSON, WILCOX, ALCORN,
    KARLIN & STATHAM, P.C.
 139 South Cherry Street
 P.O. Box 1328
 Galesburg, Illinois 61402-1328
 Telephone: (309) 341-6000
 Telefax: (309) 343-7500
 E-Mail:  karlinj@galesburglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: K. Tate Chambers.

<u>s/ Jeremy S. Karlin_____</u>
Jeremy S. Karlin of
ARDC# 6226861
Attorney for Defendant
ROBERTSON, WILCOX, ALCORN,
    KARLIN & STATHAM, P.C.
139 South Cherry Street
P.O. Box 1328
Galesburg, Illinois 61402-1328
Telephone:     (309) 341-6000
Telefax:        (309) 343-7500
E-Mail: karlinj@galesburglaw.com

Date  4-2-03

Dear Mr. Mihm;

I am writing you this letter
to give you an idea of who
I am and what I am about.

First I want to say a I am
a person of honesty nomatter whats
happen so I am not going to
write you a cry baby letter or
a letter of falsehood. But I am going
to say realy I am not a bad
person I know the case and past
history on my background may
play somme what of an idea of
who I am, but I will tell you
that people always seam to keep
track of our wrongs speacialy the
criminal stuff but that is only
the things people make mistakes
in, but if people kept track of
all the good a person has done
it would seem as if everybody
in the world was perfect.

Things are not like that though nomatter who they are and I will be the first one to say I have made alot of bad choices in life; but on the other hand I have done a lot of good. I can say realy I don't have a bad back ground or alot of conviction but I have had my share of run in with the law. And my other back ground that you will not hear about because there is no recored of it that I can show you. I will say that I was not a person out to use or get over on people or hurt them but always belived that if I had something that could help a person I would give it to them always tryed to give my service fare and honestly to whom ever want it.

But basickly I just don't want you to think hear goes

another sob or cry baby story
I dont think I need to go in
somunch about how messup my child-
hood was but it was not the best
but that is the past and in order
to move on and be sucessful one
most let go of the past something
that can't be changed because the future
belongs to the person who prepares
for it today. In all I just ask
you to be fare and open minded
when you give me my sentence.

Thank You

Yours Truely

Jeremiah J Bradfield



**Peoria County Regional Office of Education**

**PEORIA COUNTY COURTHOUSE**
**324 Main St., Room 401**
**Peoria, IL 61602-1309**
**309.672.6906  309.672.6053 Fax**

GERALD M. BROOKHART, Ed.D.
Superintendent
gbrookhart@peoriaroe48.net

JEFFRY B. NELSON, Ed.D.
Assistant Superintendent
jnelson@peoriaroe48.net

December 11, 2007

To whom it may concern:

Jeremiah Bradfield was enrolled in GED classes at the Peoria County Jail from August 6 until November 9, 2007. He attended classes in social studies, English, literature, science, and math and participates in all classes.

Jeremiah tested for his GED diploma and earned 2230 points needing 2250 to pass. He also needs to improve his score on the writing skills test. He is two points short on this score. Jeremiah will have no problems earning his GED with a little extra work on that portion of the test.

I have enclosed the most recent test score from his last GED Test.

Sincerely,

Connie Pogue
Administrator/Teacher

UNOFFICIAL SCORE REPORT FOR THE

GENERAL EDUCATIONAL DEVELOPMENT TESTS

CANDIDATE INFORMATION

**Name:** JEREMIAH J BRADFIELD
**Address:** 12053 S PERRY
CHICAGO, IL 60628

**Date of Birth:** 12/09/1985
**Identification Number:** 332768002
**Issue Date:** 11/26/2007

| TEST NAME | TEST FORM | TEST DATE | STANDARD SCORE Score for this Date | High Score to Date | PERCENTILE RANK Percent for this Date | High Percent to Date |
|---|---|---|---|---|---|---|
| Language Arts, Reading | -- | | 0 | 540 | 0% | 66% |
| Language Arts, Writing | IG | 11/08/2007 | 0 **** | 390 * | 0% | 14% |
| Mathematics | -- | | 0 | 410 | 0% | 18% |
| Science | -- | | 0 | 450 | 0% | 31% |
| Social Studies | -- | | 0 | 440 | 0% | 27% |

STANDARD SCORE TOTAL............. 2,230 **
PASSED CONSTITUTION TEST.............. Yes

*A single asterisk (*) indicates that your individual test score is less than 410.*
*Double asterisks (**) indicate that your total standard score is less than 2,250.*
*Four asterisks (****) indicate that your essay received an inadequate rating.*

**Based on your highest GED scores to date you <DO NOT QUALIFY> for an Illinois High School Equivalency Certificate. Further study is recommended. You are encouraged to contact an adult education program and enroll in GED instructional classes. Call 800/321-9511 to obtain information about instructional classes in your area.**

Illinois residents must meet all of the following requirements to be eligible for an Illinois High School Equivalency Certificate:
· attain a minimum Total Standard Score of 2,250 on the entire battery (average score of 450 on each test); AND
· attain a minimum Standard Score of 410 on each of the five GED Tests; AND
· attain a passing score on the Constitution Test

**INTERPRETING YOUR GED TEST RESULTS**

Results on each of the five GED tests are given as standard scores ranging from 200-800 and percentile ranks ranging from 1-99. Higher scores result from correctly answering more test questions. Both scores compare your results to those for a recent representative national sample of high school seniors. The percentile rank shows the percentage of the graduating seniors who earned scores at or below those of the GED candidate.

The passing standard for the 2002 Series GED Tests is a minimum of 410 on each of the five tests AND a total standard score of 2,250 (an average score of 450 on each test). Adults who pass the GED Tests earn scores that meet or exceed the performance of that demonstrated by 4 of every 10 traditional high school graduates. Candidates who do not pass can retake the GED Tests in order to raise their scores.

**ILLINOIS HIGH SCHOOL EQUIVALENCY TESTING PROGRAM**

11-5-07

Dear your honor

my name is Sharon
I'm Jeremaih Litter Sister
I miss my borother. he
use too help me when
he live. With us. but he
alway come an check on
us. I wish my brother
were here With us today
an the holiday. so will you
let my borther. come home
and he might not never get
in troble agian please, please
let him come home for the
holliday.

Sharonegreen
pis I Love my bother

Dear You honor

My Name is Dominique green
am Jeremaih little sisther I
miss my brother because Last
Year When I got heart. coming
home from School I got Shot.
In a Drive by Shooting
I wore in the hospital for a
month an two weeks Jeremiah
wore right there beside me
Praying in crying that I
will live My brother
care about me My sisther
an Brother he Love my
mother he is not a
bad Person. Also I Love
him. So an I wish he
can be able to get out to
Spend more time with his
family again So Please Please
have murcy on my Brother.

My Birthday it be higher
I'll be higher
I'm glad to my main
cause Jeremain

P.s Please
Your honor Let
My brother come
home Dominique green